

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00321-CV

———————————————

TIJEAR T. SIMS, Appellant

V.

NOTTINGHAM WOODLANDS LP, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2020-02016-JP

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellant filed his notice of appeal on October 13, 2020, and his docketing statement was thus due "promptly" thereafter. *See* Tex. R. App. P. 32.1. On December 1, 2020, we notified Appellant that he had not timely filed a docketing statement. Appellant filed a docketing statement on December 11, 2020.

The clerk's record was filed on December 23, 2020, which meant that Appellant's brief was due in thirty days. *See* Tex. R. App. P. 38.6(a)(1). On January 22, 2021, Appellant filed a motion for extension of the deadline to file his brief. We notified Appellant that it did not contain the required certificates of conference and service.

On February 5, 2021, Appellant filed an amended motion that included the required certificates. We granted the motion and ordered that Appellant's brief be filed by February 12, 2021.

On February 22, 2021, Appellant filed another motion for extension. We granted the motion and ordered that Appellant's brief be filed by March 29, 2021.

On March 30, 2021, Appellant filed another motion for extension. We notified Appellant that his motion did not contain the required certificate of conference.

On April 15, 2021, Appellant filed an amended motion that included the required certificate. We granted the motion and ordered that Appellant's brief be filed by May 28, 2021.

By June 15, 2021, Appellant had not filed a brief. Appellee filed a motion to dismiss the appeal for want of prosecution. Appellant did not file a response.

Because Appellant has failed to file a brief despite having been given seven months to do so, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: July 29, 2021